Case 2:20-cv-17284-KSH-CLW   Document 2   Filed 11/27/20   Page 1 of 5 PageID: 18

KATHERINE L. MATTHEWS
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
999 18th Street, Suite 370
Denver, Colorado 80202
303-844-1365

ALLAN URGENT
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
973-297-2079

Counsel for Plaintiff United States of America

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-0093

By: Carley A. Doyle
Deputy Attorney General
(609) 376-2735

Counsel for Plaintiffs New Jersey Department of
Environmental Protection and the Administrator of the New Jersey Spill
Compensation Fund

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ADMINISTRATOR, NEW JERSEY SPILL COMPENSATION FUND<br><br>Plaintiffs,<br><br>v.<br><br>UNIMATIC MANUFACTURING CORPORATION, CARDEAN, LLC, FRAMEWARE, INC., and PROFILES, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-17284 |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiffs United States of America, New Jersey Department of Environmental Protection, and Administrator, New Jersey Spill Compensation Fund hereby give notice of lodging of a proposed Consent Decree in the above-captioned action. Attached as an exhibit hereto, the proposed Consent Decree will resolve all claims alleged by Plaintiffs in the Complaint filed in this action.

Plaintiffs are not requesting any action by the Court at this time on the proposed Consent Decree. Instead, the United States will publish notice of the

Consent Decree in the Federal Register and accept public comment for a period of sixty (60) days, in accordance with regulations found at 28 C.F.R. § 50.7. The New Jersey Department of Environmental Protection will also publish notice and accept public comments. During the comment period, no action is required by the Court. If after review and evaluation of any comments received, the Plaintiffs continue to believe that the Consent Decree is fair, reasonable, and in the public interest, they will move the Court to enter the Consent Decree.

                                              Respectfully submitted,

                                              JONATHAN D. BRIGHTBILL
                                              Principal Deputy Assistant Attorney General
                                              Environment and Natural Resources Division
                                              United States Department of Justice

November 27, 2020         /s/Katherine L. Matthews
Dated                           KATHERINE L. MATTHEWS
                                              Senior Counsel
                                              Environmental Enforcement Section
                                              Environment and Natural Resources Division
                                              United States Department of Justice
                                              999 18th Street, Suite 370
                                              Denver, Colorado 80202
                                              303-844-1365
                                              katherine.matthews@usdoj.gov

                                              CRAIG CARPENITO
                                              United States Attorney
                                              District of New Jersey

        ALLAN URGENT
        Assistant United States Attorney
        District of New Jersey
        United States Attorney's Office
        970 Broad Street, 7th Floor
        Newark, New Jersey 07102
        973-297-2079

        *Counsel for Plaintiffs United States of America*

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY
        Richard J. Hughes Justice Complex
        25 Market Street
        PO Box 093
        Trenton, NJ 08625-0093

<u>November 27, 2020</u>      <u>/s/Carley A. Doyle</u>
Dated                      CARLEY A. DOYLE
                          Deputy Attorney General

        *Counsel for Plaintiffs New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund*

OF COUNSEL:

GERARD BURKE
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 2
290 Broadway, 17th Floor
New York, NY  10007
(212) 637-3120

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2020, I electronically filed the foregoing *Notice of Lodging of Proposed Consent Decree and Attachment* with the Clerk of Court using the CM/ECF system and that I have served the following via electronic mail:

Frances B. Stella, Esq.
Brach Eichler, L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 403-3149
fstella@bracheichler.com

*Counsel for Defendant Unimatic Manufacturing Corporation*

Stanley B. Green, Esq.
Strauch, Green & Mistretta, P.C.
1752 Heritage Center Drive
Wake Forest, NC 27587
Telephone: (704) 564-9878
sgreen@sgandm.com

*Counsel for Defendants Cardean, LLC, Frameware, Inc., and Profiles, LLC*